UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lynda Fisher,

        Plaintiff,

v.                                                    Civil No. 11-869 (JNE/AJB)
                                                   ORDER

Cornerstone Resolution Group, Inc., Frank
Galbo & Associates, Sam Galbo, and Michael
Andrews,

        Defendants.

Paul H. Weig, Esq., Weig Law Firm, LLC, appeared for Plaintiff Lynda Fisher.

Defendants Cornerstone Resolution Group, Inc., Frank Galbo & Associates, Sam Galbo, and Michael Andrews did not appear.

      This case is before the Court on Lynda Fisher's Motion for Default Judgment. For the reasons stated on the record, the Court grants the motion and awards Fisher $1000 in statutory damages, $1812.50 in attorney fees, and $480 in costs. *See* 15 U.S.C. § 1692k(a) (2006). Thus, the Court enters judgment in favor of Fisher and against Defendants in the amount of $3292.50.

      Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     Lynda Fisher's Motion for Default Judgment [Docket No. 10] is GRANTED.

2.     Judgment is entered in favor of Lynda Fisher and against Cornerstone Resolution Group, Inc., Frank Galbo & Associates, Sam Galbo, and Michael Andrews in the amount of $3292.50.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 13, 2011

                                                                          s/ Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge